# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4940
_____

SCOTT SETSER,

Appellant,

v.

SUSAN SETSER,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Elizabeth Senterfitt, Judge.

July 18, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jonathan J. Luca of Luca Law Firm, P.A., St. Augustine, for Appellant.

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellee.